## United States Bankruptcy Court
**District of New Jersey**

In re: Christopher R. Riddell  
Renee J. Riddell  
Debtor(s)

Case No. 13-24671  
Chapter 13

# NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on __03-15-16__, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date: March 15, 2016  
Signature: /s/ Christopher R. Riddell  
Christopher R. Riddell  
Debtor

Date: March 15, 2016  
Signature: /s/ Renee J. Riddell  
Renee J. Riddell  
Joint Debtor

Attorney: /s/ S. Daniel Hutchison  
S. Daniel Hutchison SH-6931

Law Office of S. Daniel Hutchison  
135 N. Broad Street  
Woodbury, NJ 08096  
856-251-1235  
Fax: 856-251-1025  
sdhteamlaw@outlook.com